1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
     9th Floor Federal Building
4    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
5    Telephone: (415) 436-7017

   E-filing

6  Attorneys for the United States of America

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,              )
                                           )   CV 08 2595 JCS
11         Plaintiff,                      )
                                           )
12     v.                                  )
                                           )   **COMPLAINT**
13 RICHARD D. LEE; BANK OF AMERICA;        )
   STATE OF CALIFORNIA FRANCHISE TAX       )
14 BOARD; COUNTY OF CONTRA COSTA           )
   TAX COLLECTOR; and SILVIA               )
15 IRMAYANTHI f/n/a SILVIA I. LEE,         )
                                           )
16         Defendants.                     )
   _____ )

17

18     Now comes the United States of America, by and through its undersigned counsel, and

19 complains and alleges as follows:

20                                   **COUNT I**

21                          **JURISDICTION AND VENUE**

22     1.   This is a civil action brought by the United States to reduce to judgment

23 outstanding federal tax assessments against defendant Richard D. Lee and to foreclose federal tax

24 liens upon real property.

25     2.   This action is commenced pursuant to Sections 7401, 7402 and 7403(a) of the

26 Internal Revenue Code of 1986, at the direction of the Attorney General of the United States,

27 with the authorization and sanction and at the request of the Office of Division Counsel of the

28 Internal Revenue Service, a delegate of the Secretary of the Treasury.

1  3. Jurisdiction over this action is conferred upon this Court by 28 U.S.C. §§ 1340 and 1345, and under § 7402(a) of the Internal Revenue Code of 1986.

4. Venue is proper in the Northern District of California because defendant taxpayer, Richard D. Lee, resides at and the subject property is located within this judicial district. 28 U.S.C. §§ 1391 and 1396.

## COUNT II

### IDENTIFICATION OF DEFENDANTS

5. Defendant Richard D. Lee currently resides at 1026 Pleasant Oaks Drive, Pleasant Hill, California, which is within the jurisdiction of this Court.

6. Defendant Bank of America, N.A. is made a party pursuant to 26 U.S.C. § 7403(b) in that it may claim an interest in the property described in paragraph 10.

7. Defendant State of California Franchise Tax Board is made a party pursuant to 26 U.S.C. § 7403(b) in that it may claim an interest in the property described in paragraph 10.

8. Defendant Contra Costa County Tax Collector is made a party pursuant to 26 U.S.C. § 7403(b) in that it may claim an interest in the property described in paragraph 10.

9. Defendant Silvia Irmayanthi, f/n/a Silvia I. Lee, is made a party pursuant to 26 U.S.C. § 7403(b) in that she may claim an interest in the property described in paragraph 10.

### IDENTIFICATION OF PROPERTY SOUGHT TO BE FORECLOSED

10. The property which is the subject of this suit is real property located at 1026 Pleasant Oaks Drive, Pleasant Hill, California, hereinafter referred to as the ("The Property"), and as described in the Official Records in the Office of the County Recorder, Contra Costa County, California, as follows:

> Lot 24, as shown on the Map entitled Tract No. 4919, filed January 29, 1980, in Book 234 of Maps, Page 44, Contra Costa County Records.

A.P.N. 164-492-011-6

///
///
///

COMPLAINT                                             2

## COUNT III

## REDUCE ASSESSMENTS TO JUDGMENT

11. The United States realleges the allegations in paragraphs 1 through 10 above, as if fully set forth herein.

12. A delegate of the Secretary of the Treasury made assessments against defendant Richard D. Lee for unpaid federal income taxes (Form 1040), penalties and interest for the years 1992-1997, 2003 and 2004 as set forth below:

| TAX YEAR/ TYPE OF TAX | DATE OF ASSESSMENT | BALANCE OF TAX INTEREST, FEES & PENALTIES AS OF FEBRUARY 28, 2008 | NOTICE OF LIEN FILED IN CONTRA COSTA COUNTY |
|---|---|---|---|
| 1992/Income | 05/31/99 | $164,115.58 | 12/15/99 |
| 1993/Income | 05/31/99 | $66,734.09 | 12/15/99 |
| 1994/Income | 08/17/98 | $155,227.92 | 12/28/99 |
| 1995/Income | 12/14/98 | $83,418.69 | 12/15/99 |
| 1996/Income | 03/22/99 | $79,225.74 | 05/11/00 |
| 1997/Income | 12/07/98 | $38,780.26 | 12/15/99 |
| 2003/Income | 05/31/04 | $26,152.34 | 10/29/04 |
| 2004/Income | 07/11/05 | $23,315.50 | 11/21/05 |

13. Despite timely notice and demand for payment of the taxes, penalties, and interest described in paragraph 12, defendant Richard D. Lee has neglected, failed, or refused to pay the taxes, penalties and interest described in paragraph 12, and there remains due and owing on said assessments, as of February 28, 2008 the sum of $636,970.12, plus accrued interest and penalties and other statutory additions as provided by law, minus any credits.

## COUNT IV

## FORECLOSE FEDERAL TAX LIENS

14. The United States realleges the allegations in paragraphs 1 through 13 above, as if fully set forth herein.

15. Pursuant to 26 U.S.C. §§ 6321 and 6322, liens arose in favor of the plaintiff, United States of America, upon all property and rights to property, whether real or personal,

1  belonging to defendant Richard Lee, as of the dates of the assessments described in paragraph 12,
2  or acquired thereafter.

3  16.    A Delegate of the Secretary of the Treasury filed Notices of Federal Tax Lien
4  against defendant Richard D. Lee, with the Contra Costa County Recorder's Office in Martinez,
5  California, on December 15, 1999, for the 1992, 1993, 1995 and 1997 tax years; on December
6  28, 1999, for the 1994 tax year; on May 11, 2000 for the 1996 tax year; on October 29, 2004, for
7  the 2003 tax year; and on November 21, 2005 for the 2004 tax year.

8  17.    The property described in paragraph 10 has at all pertinent times been property
9  belonging to defendant Richard D. Lee, and only to him, for purposes of the tax lien provisions
10 of the Internal Revenue Code. Accordingly, the federal tax liens at issue in paragraphs 15 and 16
11 attached to the property when the liens arose, and the tax liens have continued to the present and
12 without interruption to attach to such property.

13 **WHEREFORE**, the plaintiff, United States of America, prays for the following relief:

14 1.    That this Court determine and adjudge that defendant Richard D. Lee is personally
15 liable to the United States for the sum of $636,970.12, plus interest and statutory additions, as
16 provided by law, that have accrued, and continue to accrue, since February 28, 2008; that a
17 judgment in that amount be entered against defendant Richard D. Lee and in favor of the United
18 States of America;

19 2.    That this Court determine and adjudge that the United States has liens for unpaid
20 federal taxes against defendant Richard D. Lee, and against the real property described in
21 paragraph 10, which property is the subject of this suit, for the sum of $636,970.12, plus interest
22 and statutory additions, as provided by law, that have accrued, and continue to accrue, since
23 February 28, 2008;

24 3.    That the tax liens of the United States be foreclosed, and that this Court order the
25 sale of the real property described in paragraph 10;

26 4.    That, if the amounts distributed to the United States pursuant to the sale of the real
27 property are insufficient to satisfy fully the above-described tax liabilities, the United States have
28 judgment for the deficiency against defendant Richard D. Lee;

COMPLAINT                                                4

5. That the United States be granted its costs and attorneys' fees; and,

6. For such other and further relief as is just and proper.

Respectfully submitted,

JOSEPH P. RUSSOINIELLO
United States Attorney

THOMAS MOORE
Assistant United States Attorney
Tax Division

**COMPLAINT** 5

E-filing

%JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

JCS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
RICHARD D. LEE, et al.

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Contra Costa County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

THOMAS MOORE, AUSA, CHIEF TAX DIVISION
450 Golden Gate Ave., 9th Floor, Box 36055
San Francisco, CA 94102
(415) 436-7017

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question (U.S. Government Not a Party)
[ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | PERSONAL PROPERTY | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | PRISONER PETITIONS | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | [ ] 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 463 Habeas Corpus – Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Complaint - Reduce to Judgment & Foreclose Federal Tax Liens

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 636,970.12
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE

DATE  5-22-8
SIGNATURE OF ATTORNEY OF RECORD
THOMAS MOORE, CHIEF, TAX DIVISION   T. Moore