JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-08-2595-JCS |
| Plaintiff, | |
| v. | |
| RICHARD D. LEE; BANK OF AMERICA; STATE OF CALIFORNIA FRANCHISE TAX BOARD; COUNTY OF CONTRA COSTA TAX COLLECTOR; and SILVIA IRMAYANTHI f/n/a SILVIA I. LEE, | NOTICE OF PENDENCY OF ACTION [LIS PENDENS] |
| Defendants. | |

FILED

08 MAY 27 AM 10: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Now NOTICE IS HEREBY GIVEN that an action affecting the title and the right to possession of real property has been alleged in the above-captioned action now pending in the United States District Court for the Northern District of California.

The real property that is the subject of this action, commonly referred to as 1026 Pleasant Oaks Drive, Pleasant Hill, California, hereinafter ("The Property"), is situated in the County of Contra Costa, State of California, and is more particularly described in the office of the County Recorder, Contra Costa County, California, as follows:

> Lot 24, as shown on the Map entitled Tract No. 4919, filed January 29, 1980, in Book 234 of Maps, Page 44, Contra Costa County Records.
>
> A.P.N. 164-492-011-6

The complaint in the above-captioned action seeks to reduce federal tax assessments to judgment and to foreclose federal tax liens on the property.

1  A copy of this notice has been mailed by registered mail or certified mail, return receipt
2  requested, to defendants Richard. D. Lee; Bank of America; State of California Franchise Tax
3  Board; County of Contra Costa Tax Collector; and Silvia Irmayanthi f/n/a Silvia I. Lee.
4  Submitted this 22nd day of May, 2008.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

## CERTIFICATE OF SERVICE

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

NOTICE OF PENDENCY OF ACTION [LIS PENDENS]

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

\_\_\_\_ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_X_ **CERTIFIED MAIL**

\_\_\_\_ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

*PLEASE ATTACHED LIST*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on \_\_\_5/27/08\_\_\_ at San Francisco, California.

**KATHY P. TAT**
**Legal Assistant**

## SERVICE LIST

Richard D. Lee
1026 Pleasant Oaks Drive
Pleasant Hill, California, 94523-2567

John Davies
Chief Counsel, Franchise Tax Board
State of California
9646 Butterfield Way
Sacramento, California 95827

County of Contra Costa
Clerk of Board of Supervisors
651 Pine Street, 1st Floor
Martinez, California 94553

Silvia Irmayanthi, f/n/a Silvia I. Lee
1401 Delgany Street, Unit 306
Denver, CO 80202

Bank of America, N.A.
CT Corporation System
818 West 7th Street
Los Angeles, CA 90017