AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

United States of America,

Plaintiff

V.

Richard D. Lee, et al.
Defendant.

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08   2595

JCS

TO: (Name and address of Defendant)

Richard D. Lee
1026 Pleasant Oaks Drive
Pleasant Hill, California, 94523-2567
(Also see attached list)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH P. RUSSON
United States Attorney
THOMAS MOORE
Chief, Tax Division

THOMAS MOORE, AUSA
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

MAY 22 2008

| CLERK | DATE |

MARY ANN BUCKLEY

(By) DEPUTY CLERK

## SERVICE LIST

John Davies
Chief Counsel, Franchise Tax Board
State of California
9646 Butterfield Way
Sacramento, California 95827

County of Contra Costa
Clerk of Board of Supervisors
651 Pine Street, 1st Floor
Martinez, California 94553

Silvia Irmayanthi, f/n/a Silvia I. Lee
1401 Delgany Street, Unit 306
Denver, CO 80202

Bank of America, N.A.
CT Corporation System
818 West 7th Street
Los Angeles, CA 90017