SILVANO B. MARCHESI, SBN 42965
County Counsel
REBECCA J. HOOLEY, SBN 212881
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
(925) 335-1800
rhool@cc.cccounty.us

Attorneys for Defendant
Contra Costa County Tax Collector

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>RICHARD D. LEE; BANK OF AMERICA; STATE OF CALIFORNIA FRANCHISE TAX BOARD; COUNTY OF CONTRA COSTA TAX COLLECTOR; AND SILVIA IRMAYANTHI f/n/a SILVIA I. LEE,<br><br>    Defendants. | Case No.: C-08-2595-JCS<br><br>DEFENDANT CONTRA COSTA COUNTY TAX COLLECTOR'S ANSWER TO COMPLAINT OF UNITED STATES OF AMERICA |

Defendant CONTRA COSTA COUNTY TAX COLLECTOR ("**Defendant**") for its separate Answer to Plaintiff's Complaint filed herein admits, denies, and alleges as follows:

1. Answering paragraph 1 of the Complaint, Defendant admits the allegations therein.

---

Contra Costa County Answer To Complaint                                    C-08-2595-JCS

1

2. Answering paragraph 2 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

3. Paragraph 3 of the Complaint is a conclusion of law and requires no response.

4. Answering paragraph 4 of the Complaint, Defendant admits the allegations therein except that Defendant is without sufficient information to form a belief as to the truth of the allegation that defendant Richard D. Lee resides within the Northern District of California judicial district and on that basis denies such allegation.

5. Answering paragraph 5 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

6. Answering paragraph 6 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

7. Answering paragraph 7 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

8. Answering paragraph 8 of the Complaint, Defendant admits the allegations contained therein. Defendant alleges that during the pendency of this action, taxes and assessments owed to Defendant on the subject real property referenced in Plaintiff's complaint may become due. Under California law, taxes and assessments, including related penalties and interest, are automatic liens against the property assessed. Cal. Rev. & Tax. Code § 2187. Further, under California law, the lien for secured property taxes has priority over every other lien on the property, regardless of the time of creation of the other liens. Cal. Rev. & Tax. Code § 2192.1. Second, Defendant alleges that during the pendency of this action, personal property taxes owed to Defendant may become due, and will be subject to proof at trial.

9. Answering paragraph 9 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

10. Answering paragraph 10 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

11. Answering paragraph 11 of the Complaint, Defendant hereby incorporates by reference paragraphs 1 through 10 above, as if fully set forth herein.

12. Answering paragraph 12 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

13. Answering paragraph 13 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

14. Answering paragraph 14 of the Complaint, Defendant hereby incorporates by reference paragraphs 1 through 13 above, as if fully set forth herein.

15. Answering paragraph 15 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

16. Answering paragraph 16 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

17. Answering paragraph 17 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

18. Answering paragraph 18 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

19. Answering paragraph 19 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

20. Answering paragraph 20 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

21. Answering paragraph 21 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

22. Answering paragraph 22 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

23. Answering paragraph 23 of the Complaint, Defendant is without sufficient information to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation therein.

## AFFIRMATIVE DEFENSES

As separate affirmative defenses to the Complaint on file herein, Defendant affirmatively alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
(Secured County Tax Liens on Real Property)

1. As a first, separate and distinct affirmative defense, Defendant affirmatively alleges that during the pendency of this action, taxes and assessments on the subject real property referenced in Plaintiff's complaint may become due. Defendant reserves the right to assert any secured tax liens held by Defendant against such property. Under California law, taxes and assessments, including related penalties and interest, are automatic liens against the property assessed. Cal. Rev. &

Tax. Code § 2187. Further, under California law, the lien for secured property taxes has priority over every other lien on the property, regardless of the time of creation of the other liens. Cal. Rev. & Tax. Code § 2192.1.

### SECOND AFFIRMATIVE DEFENSE
(County Tax Liens on Unsecured Property)

2. As a second, separate and distinct affirmative defense, Defendant affirmatively alleges that during the pendency of this action, personal property taxes may become due. Defendant reserves the right to assert any tax liens held by Defendant against Richard D. Lee for unpaid personal property taxes, including penalties and interest. Such liens will be subject to proof at trial.

### THIRD AFFIRMATIVE DEFENSE
(Unstated Affirmative Defenses)

3. As a third, separate and distinct affirmative defense, Defendant affirmatively alleges that it presently has insufficient knowledge or information on which to form a belief as to whether it may have any, as yet unstated, affirmative defenses available. Defendant reserves the right to assert any defenses in the event that discovery indicates that it would be appropriate.

WHEREFORE, Defendant prays for judgment as follows:

1. That this Court determine the validity and priority of all liens on and other interests in all property and rights to property belonging to defendant Richard D. Lee and order that the proceeds from any judicial sale of the Property be distributed accordingly; and

2. That the Contra Costa County Tax Collector be awarded its costs of suit incurred herein, and, for such other and further relief as the Court may deem just and proper.

Dated: June 9, 2008

Silvano B. Marchesi,
Contra Costa County Counsel

By: /s/ Rebecca J. Hooley
    Deputy County Counsel
    Attorneys for Defendant
    Contra Costa County Tax Collector

## PROOF OF SERVICE BY MAIL

(Code Civ. Proc., §§ 1012, 1013a, 2015.5; Fed. Rules Civ. Proc., rule 5(b))

**Re:** United States of America v. Richard D. Lee, et al., USDC Case No. C-08-2595-JCS

I declare that my business address is the County Counsel's Office of Contra Costa County, Administration Building, 651 Pine Street, 9th Floor, Martinez, CA 94553; that I am a citizen of the United States, over 18 years of age, employed by the County of Contra Costa and not a party to the within action; and, that I am readily familiar with the County Counsel's office business practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of the County Counsel's office business practice the document described below will be deposited with the United States Postal Service on the same date that it is sealed and placed at the County Counsel's office with fully prepaid postage thereon.

I further declare that I served a true copy of the attached

DEFENDANT CONTRA COSTA COUNTY TAX COLLECTOR'S ANSWER TO COMPLAINT OF UNITED STATES OF AMERICA

by placing said copy in an envelope(s) addressed as follows:

Richard D. Lee
1026 Pleasant Oaks Drive
Pleasant Hill, CA 94523-2567

Silvia Irmayanthi, f/n/a Silvia I. Lee
1401 Delgany Street, Unit 306
Denver, CO 80202

Bank of America, N.A.
CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

which place(s) has(have) mail service, which envelope(s) was(were) then sealed, postage fully prepaid thereon, and deposited today for mailing either by directly depositing said envelope in the United States Mail or by following ordinary business practices of the County Counsel's office for collection for processing in the United States Mail at Martinez/Concord, Contra Costa County, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Martinez, California on June 9, 2008.

Eric Suitos

**PROOF OF SERVICE BY MAIL**