

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

Phone: 415.522.2035

RICHARD W. WIEKING
CLERK OF COURT

June 10, 2008

Thomas Moore                                    Rebecca J. Hooley
Asst. United States Attorney              651 Pine Street
450 Golden Gate Ave., Box 36055      Martinez, CA    94553
San Francisco, CA 94102

**Re:    USA  v. RICHARD D. LEE**
         C08-02595 (JCS)

Dear Counsel:

        This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

        The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

        A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **June 24, 2008.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                                    Sincerely,

                                    RICHARD W. WIEKING

                                    By: Karen L.Hom
                                            Deputy Clerk

Attachments

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,                                                    No.  C 08-02595 JCS

        Plaintiff(s),                          **CONSENT TO PROCEED BEFORE A**
                                              **UNITED STATES MAGISTRATE JUDGE**
   v.

RICHARD D. LEE, ET AL.,

        Defendant(s).

_____/

     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____          _____
                                                Signature

                                                Counsel for _____
                                                  (Name or party or indicate "pro se")

1
2
3
4                             UNITED STATES DISTRICT COURT
5                            NORTHERN DISTRICT OF CALIFORNIA
6
7    USA,                                          No.  C 08-02595 JCS
8                 Plaintiff(s),
                                                   **DECLINATION TO PROCEED BEFORE**
9           v.                                     **A MAGISTRATE JUDGE**
                                                              **AND**
10   RICHARD D. LEE, ET AL.,                       **REQUEST FOR REASSIGNMENT TO A**
                                                   **UNITED STATES DISTRICT JUDGE**
11                Defendant(s).
12   _____/
13
14        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
15        The undersigned party in the above-captioned civil matter hereby declines to consent to the
16   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
17   requests the reassignment of this case to a United States District Judge.
18
19
20   Dated: _____          _____
                                                Signature
21
22                                              Counsel for _____
23                                              (Name or party or indicate "pro se")
24
25
26
27
28

**United States District Court**
For the Northern District of California