UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff(s),

v.

RICHARD D. LEE, ET AL.,

    Defendant(s).

_____/

No. C 08-02595 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 6/10/08

_Rebecca Yooley_
Signature

Contra Costa County
Counsel for Tax Collector
(Name or party or indicate "pro se")

PROOF OF SERVICE BY MAIL

(Code Civ. Proc., §§ 1012, 1013a, 2015.5; Fed. Rules Civ. Proc., rule 5(b))

**Re:   United States of America v. Richard D. Lee, et al., USDC Case No. C-08-2595-JCS**

I declare that my business address is the County Counsel's Office of Contra Costa County, Administration Building, 651 Pine Street, 9th Floor, Martinez, CA 94553; that I am a citizen of the United States, over 18 years of age, employed by the County of Contra Costa and not a party to the within action; and, that I am readily familiar with the County Counsel's office business practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of the County Counsel's office business practice the document described below will be deposited with the United States Postal Service on the same date that it is sealed and placed at the County Counsel's office with fully prepaid postage thereon.

I further declare that I served a true copy of the attached

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

by placing said copy in an envelope(s) addressed as follows:

Richard D. Lee
1026 Pleasant Oaks Drive
Pleasant Hill, CA 94523-2567

Silvia Irmayanthi, f/n/a Silvia I. Lee
1401 Delgany Street, Unite 306
Denveer, CO 80202

Bank of America, N.A.
CT Corporation
818 West 7th Street
Los Angeles, CA 90017

which place(s) has(have) mail service, which envelope(s) was(were) then sealed, postage fully prepaid thereon, and deposited today for mailing either by directly depositing said envelope in the United States Mail or by following ordinary business practices of the County Counsel's office for collection for processing in the United States Mail at Martinez/Concord, Contra Costa County, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Martinez, California on June 10, 2008.

_____
Eric Suitos

**P R O O F   O F   S E R V I C E   B Y   M A I L**