UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>   Plaintiff(s),<br><br> v.<br><br>RICHARD D. LEE, ET AL.,<br><br>   Defendant(s).<br>_____/ | No. C 08-02595 JCS<br><br>**CONSENT TO PROCEED BEFORE A**<br>**UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: June 11, 2008

_____
Signature

Counsel for USA
(Name or party or indicate "pro se")