DAVID B. PORTER   SBN 155347
WOOD & PORTER, P.C.
333 Sacramento Street
San Francisco, CA  94111
Telephone:  (415) 834-0117
Facsimile:  (415) 834-1888
Email:  porter@woodporter.com
*Attorney for Defendant Richard D. Lee*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.  CV 08 2595 JCS |
| **Plaintiff,** | |
| vs. | **ANSWER OF DEFENDANT RICHARD D. LEE TO COMPLAINT** |
| **RICHARD D. LEE; BANK OF AMERICA; STATE OF CALIFORNIA FRANCHISE TAX BOARD; COUNTY OF CONTRA COSTA TAX COLLECTOR; and SILVIA IRMAYANTHI f/n/a SILVIA I. LEE,** | Complaint filed May 22, 2008 |
| **Defendants.** | |

Defendant RICHARD D. LEE ("Lee") hereby submits his answer to the Complaint of the United States of America, filed on May 22, 2008, as follows:

1.   Answering the allegations of paragraph 1, Lee admits the allegations describing the nature of the civil action brought by the United States, but denies liability and denies each and every allegation.

2.   Answering the allegations or paragraph 2, Lee admits that the action is brought under the authority of the Internal Revenue Code, but lacks sufficient information and belief to answer the remaining allegations, and basing his denial on that ground, denies each and every allegation.

3.   Answering the allegations of paragraphs 3, 4, and 5, Lee admits the allegations contained therein.

4.  Answering the allegations of paragraphs 6, 7, 8, 9, and 10, Lee lacks sufficient information or belief to answer the allegations, and basing his denial on that ground, denies each and every allegation in paragraphs 6, 7, 8, 9, and 10.

5.  Answering the allegations of paragraph 11, Lee incorporates his previous respective answers to paragraphs 1 through 10, as though fully set forth herein.

6.  Answering the allegations of paragraph 12 and 13, Lee and lacks sufficient information or belief to answer the allegations, and basing his denial on that ground, denies each and every allegation in paragraphs 12 and 13.

7.  Answering the allegations of paragraph 14, Lee incorporates his previous respective answers to paragraphs 1 through 13, as though fully set forth herein.

8.  Answering the allegations of paragraphs 15, 16, and 17, Lee lacks sufficient information or belief to answer the allegations, and basing his denial of that ground, denies each and every allegation in paragraphs 15, 16, and 17.

## AFFIRMATIVE DEFENSES
### FIRST AFFIRMATIVE DEFENSE
**(Statute of Limitations)**

9.  As an affirmative defense to the Complaint, Lee alleges that the claims asserted in the Complaint are barred by applicable statutes of limitation.

### SECOND AFFIRMATIVE DEFENSE
**(Waiver and Estoppel)**

10. As an affirmative defense to the Complaint, Lee alleges that the plaintiff is estopped from asserting the amount of the assessments as a result of waiver and estoppel.

### THIRD AFFIRMATIVE DEFENSE
**(Offset)**

11. As an affirmative defense to the Complaint, Lee alleges that the claims asserted in the Complaint are to be decreased by funds due and owing to Lee from the United States Treasury through the right of offset.

WHEREFORE, defendant, Richard D. Lee, prays for the following relief:

1. That this Court determine the correct amount of the assessments or liability, if any, owed by Lee to the Internal Revenue Service and/or any of the other defendants and deny the plaintiff's request to determine that Lee is liable to the United States for the sum of $636,970.12, plus interest and statutory additions to the tax, and also determine that plaintiff's request for a judgment against Lee should be denied.

2. That this Court determine the correct amount of any federal and state tax liens, if any, owed by Lee to the Internal Revenue Service and/or any of the other defendants.

3. That this Court determine that the tax liens of the Internal Revenue Service and/or any of the other defendants should not be foreclosed.

4. That this Court determine that the subject property should not be sold.

5. That this Court determine that Lee is not subject to any deficiency if it is determined that there is a liability and it is determined that the value of the subject property is not sufficient to satisfy the liability.

6. That Lee be awarded costs and attorneys' fees.

7. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

WOOD & PORTER, P.C.

Dated: June 25, 2007         By: /s/ David B. Porter
                                 DAVID B. PORTER

                                 *Attorney for Defendant Richard D. Lee*

W125

**Certificate of Service**

I hereby certify that on June 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Sytem which will send notification of such filing to the following:

Cynthia Lewis Stier
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102
Phone: 415-436-7017
Fax: 415-436-6748
Email: cynthia.stier@usdoj.gov
*Attorney for Plaintiff*

Rebecca Jeanenne Hooley
County of Contra Costa
Clerk of Board of Supervisors
651 Pine Street
Martinez, CA 94553
Phone: 925-335-1854
Fax: 925-646-1078
Email: rhool@cc.cccounty.us
*Attorney for Defendant*

I further certify that on June 25, 2008, service of the foregoing was made upon the following by depositing a copy in the United States Mail, postage prepaid:

Thomas Moore
U.S. Attorney's Office
450 Golden Gate Avenue, Box 36055
9th Floor Federal Building
Box 36055
San Francisco, CA 94102
*Attorney for Plaintiff*

Bank of America, N.A.
CT Corporation System
818 West 7th Street
Los Angeles, CA 90017
*Defendant*

John Davies
Chief Counsel, Franchise Tax Board
State of California
9646 Butterfield Way
Sacramento, CA 95827
*Attorney for Defendant*

Silvia Irmayanthi, f/n/a Silvia I. Lee
1401 Delgany Street, Unit 306
Denver, CO 80202
*Defendant*

/s/ Mina Chung
Mina Chung