1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
    9th Floor Federal Building
4    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
5    Telephone: (415) 436-7000

6  Attorneys for the United States of America

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,              )
                                           )   No. C-08-2595JC5
12            Plaintiff,                    )
                                           )
13      v.                                 )
                                           )   **DISCLAIMER OF INTEREST**
14  RICHARD D. LEE, et. al,                )   **AND ORDER OF DISMISSAL**
                                           )
15            Defendant.                    )
                                           )
16  ─────────────────────────────────────

17      I, Silvia Irmayanthi f/n/a Silvia I. Lee, hereby notify the Court that I disclaim any interest in the

18  property which is at issue in the above-referenced action.

19      It is hereby stipulated by and among the plaintiff United States of America and Silvia

20  Irmayanthi, that Silvia Irmayanthi be dismissed from this action, that she bear their own costs,

21  including any possible attorneys' fees or other expenses of this litigation.

22

23  _____                JOSEPH P. RUSSONIELLO
                                           United States Attorney
24  SILVIA IRMAYANTHI                      _____
                                           THOMAS MOORE
25                                         Assistant United States Attorney
                                           Chief, Tax Division
26

27        **PURSUANT TO STIPULATION, IT IS SO ORDERED**

28  Dated: _____               _____
                                         JOSEPH C. SPERO
                                         UNITED STATES MAGISTRATE JUDGE

1

## CERTIFICATE OF SERVICE

2   I, **KATHY TAT** declare:

3   That I am a citizen of the United States of America and employed in San Francisco County,

4   California; that my business address is Office of United States Attorney, 450 Golden Gate

5   Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years,

6   and am not a party to the above-entitled action.

7   I am employed by the United States Attorney for the Northern District of California and

8   discretion to be competent to serve papers. The undersigned further certifies that I caused a copy

9   of the following:

10  **DISCLAIMER OF INTEREST AND ORDER OF DISMISSAL**

11  to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed
    envelope, and served as follows:

12
    _X__ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
13       the designated area for outgoing U.S. mail in accordance with this office's practice.

14  ___ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

15  ___ **FACSIMILE (FAX)** No.: _____

16  to the parties addressed as follows:

17  Silva Irmayanthi
    1437 Clayton St., Apt. 2
18  Denver, Colorado 80206

19      I declare under penalty of perjury under the laws of the United States that the foregoing is

20

21  true and correct.

22      Executed on **July 11, 2008** at San Francisco, California.

23

24

25                                          **KATHY TAT**
26                                          **Legal Assistant**

27

28