```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
     9th Floor Federal Building
 4   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
 5   Telephone: (415) 436-7000

 6  Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. C-08-2595JC5 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DISCLAIMER OF INTEREST** |
| RICHARD D. LEE, et. al, | ) | **AND ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

I, Silvia Irmayanthi f/n/a Silvia I. Lee, hereby notify the Court that I disclaim any interest in the property which is at issue in the above-referenced action.

It is hereby stipulated by and among the plaintiff United States of America and Silvia Irmayanthi, that Silvia Irmayanthi be dismissed from this action, that she bear their own costs, including any possible attorneys' fees or other expenses of this litigation.

_____
SILVIA IRMAYANTHI

JOSEPH P. RUSSONIELLO
United States Attorney

_____
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 8/5/8

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**DISCLAIMER OF INTEREST AND ORDER OF DISMISSAL**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

___   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Silva Irmayanthi
1437 Clayton St., Apt. 2
Denver, Colorado 80206

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **July 11, 2008** at San Francisco, California.

**KATHY TAT**
**Legal Assistant**