1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  RANDALL P. BORCHERDING
   Supervising Deputy Attorney General
3  KAREN W. YIU, State Bar No. 230710
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5385
    Fax:  (415) 703-5480
6   Email:  Karen.Yiu@doj.ca.gov

7  Attorneys for Defendant Franchise Tax Board

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD D. LEE; BANK OF AMERICA; STATE OF CALIFORNIA FRANCHISE TAX BOARD; COUNTY OF CONTRA COSTA TAX COLLECTOR; and SILVIA IRMAYANTHI f/n/a SILVIA I. LEE,<br><br>　　　　　　　　　　　　Defendants. | CV 08-2595 JCS<br><br>**DEFENDANT FRANCHISE TAX BOARD'S ANSWER TO COMPLAINT** |

　　　　The Franchise Tax Board ("FTB") hereby submits its answer to the allegations of the Complaint as follows:

1.　　Answering the allegations of paragraphs 1, 2, 3, 4, 5, and 7, the FTB admits the allegations.

2.　　Answer the allegations of paragraphs 6, 8, 9, 12, 13, 16, and 17, the FTB lacks sufficient information or belief to answer the allegations and, basing its denial on that ground, denies each and every allegation in paragraphs 6, 8, 9, 12, 13, 16, and 17, of the Complaint.

3.　　Answering the allegation of paragraph 10, the FTB admits that the property subject to the suit is 1026 Pleasant Oaks Drive, Pleasant Hill, California.  Except as expressly admitted

1 | herein, the FTB lacks sufficient information or belief to answer the remaining allegations, and,
2 | basing its denial on that ground, denies the remaining allegations.
3 | 4.      Answering the allegation of paragraph 11, the FTB incorporates its respective prior
4 | answers to paragraphs 1 through 10 as though fully set forth in this answer.
5 | 5.      Answering the allegation of paragraph 14, the FTB incorporates its respective prior
6 | answers to paragraphs 1 through 13 as though fully set forth in this answer.
7 | 6.      Answering the allegation of paragraph 15, the FTB admits the allegations beginning on
8 | line 27 with the words "Pursuant to 26" and ending on line 1 with the words "Richard D. Lee."
9 | Except as expressly admitted herein, the FTB lacks sufficient information or belief to answer the
10 | remaining allegations in paragraph 15, and basing its denial on that ground, denies each and
11 | every remaining allegation.
12 |         WHEREFORE, defendant FTB, prays for the following relief:
13 | 1.      That the tax liens of the United States be foreclosed against the real property of
14 | Richard D. Lee and the property sold.
15 | 2.      That this Court determine the relative priorities of the liens of the lienholder parties to
16 | this suit and order payment of the tax liens of the Franchise Tax Board from the proceeds of the
17 | foreclosure sale of the real property of Richard D. Lee.
18 | 3.      That the Franchise Tax Board be granted its costs.
19 | 4.      For such other and further relief as the Court deems just and proper.
20 |         Dated:  August 20, 2008
21 |                         Respectfully submitted,
22 |                         EDMUND G. BROWN JR.
                            Attorney General of the State of California
23 |                         RANDALL P. BORCHERDING
                            Supervising Deputy Attorney General
24 |
                            /s/ Karen W. Yiu
25 |
                            KAREN W. YIU
26 |                         Deputy Attorney General
                            Attorneys for Defendant Franchise Tax Board
27 |
    40269730.wpd
28 | SF2008200218

Defendant Franchise Tax Board's Answer to Complaint          United States of America v. Richard D. Lee, et al.
                                                                                           CV 08-2595 JCS
                                                 2