1   JOSEPH RUSSONIELLO (CSBN 44332)
    United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
4   Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7000

7   Attorneys for the United States of America

8

9               IN THE UNITED STATES DISTRICT COURT FOR THE

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,            )
                                         )   No. C 08-2595 JCS
13           Plaintiff,                   )
                                         )
14       v.                               )
                                         )
15  _____                          )   JOINT CASE MANAGEMENT
    RICHARD D. LEE, BANK OF AMERICA;     )   STATEMENT and [proposed]
16  STATE OF CALIFORNIA FRANCHISE        )   ORDER
    TAX BOARD; COUNTY OF CONTRA          )
17  COSTA TAX COLLECTOR and SILVIA       )   Date: August 29, 2008
    IRMAYANTHI f/n/a SILVIA LEE,         )   Time: 1:30 p.m.
18                                       )   Place: Federal Building
                                         )          San Francisco
19                                       )          15th Floor
             Defendants.                 )          Courtroom A
20  _____)

21       Plaintiff, United States of America and Defendants, Richard Lee, State of California

22  Franchise Tax Board and County of Contra Costa Tax Collector, submit this Case Management

23  Statement and Proposed Order and request the Court to adopt it as its Case Management Order in

24  this case.[1]

25  //

26

27  _____

28  [1]Defendant Bank of America has not made an appearance in this case.  Defendant Silvia
    Irmayanthi f/n/a Silva I. Lee has disclaimed any interest in the real property at issue in this action.

                                        1

1

## DESCRIPTION OF THE CASE

2

**1.    A brief description of the events underlying the action:**

3

**a.    Plaintiff**

4

Plaintiff United States of America filed this action to collect outstanding federal tax

5

assessments made against Richard Lee.  The United States seeks a judgment against Richard Lee

6

for unpaid federal income taxes for the tax years 1992 through 1997, inclusive, and 2003 and

7

2004 in the total sum of $636,970.12, plus accrued interest, penalties and other statutory

8

additions.  The United States also seeks to foreclose its federal tax liens encumbering Richard

9

Lee's residence, to sell that residence and apply the proceeds from any sale in partial satisfaction

10

of these tax liabilities.  The other creditors with competing liens include Bank of America, which

11

holds the deed of trust, the State of California Franchise Tax Board ("FTB") and County of

12

Contra Costa Tax Collector.

13

**b.    Defendant**

14

Defendant Richard Lee contends that the tax assessments are incorrect and that the

15

amount of tax liability owing should be reduced by funds owed to him by the Department of

16

Treasury (right of offset).  Defendant Richard Lee and the County of Contra Costa Tax Collector

17

do not dispute the government's description.  The FTB contends that because under California

18

law, Defendant Richard Lee must first pay the tax before he could maintain an action to recover

19

the tax paid, as long as his delinquency remains outstanding, he may not challenge the substance

20

of the state tax liens.

21

**2.    The principal factual issues which the parties dispute:**

22

The amount of tax liability owed by Richard Lee.

23

**3.    The principal legal issues which the parties dispute:**

24

The priorities of the parties' interest in the real property and any proceeds derived from a

25

sale of the property.

26

**4.    The other factual issues [*e.g. service of process, personal jurisdiction, subject**

27

***matter jurisdiction or venue*] which remain unresolved for the reason stated below and how**

28

**the parties propose to resolve those issues:**

1    Bank of America was served but has not entered an appearance in this case.

2    **5.    The parties which have not been served and the reasons:**

3         None.

4    **6.    The additional parties which the below-specified parties intend to join and**

5    **the intended time frame for such joinder:**

6         None.

7    **7.    The following parties consent to assignment of this case to a United States**

8    **Magistrate Judge for *[court or jury]* trial:**

9    **a.    Plaintiff**

10    _____ Plaintiff consents to assignment to a United States Magistrate for trial.

11    **b.    Defendants**

12    _____ Defendants Richard Lee and Contra Costa County Tax Collector consents to assignment

13    to a United States Magistrate for trial.  Bank of America has not yet entered an appearance.  The

14    State of California, FTB does consent to assignment to a United States Magistrate for trial.

15    **ALTERNATIVE DISPUTE RESOLUTION**

16    **8.    Please indicate the appropriate responses.**

17    ☐    **The case was automatically assigned to Nonbinding Arbitration at filing and**

18        **will be ready for the hearing by** (date) _____.

19        Not applicable.

20    ☐    **The parties have filed a Stipulation and Proposed Order Selecting an ADR**

21        **Process** (specify process)**:** _____.

22        Not applicable.

23    ☐    **The parties filed a Notice of Need for ADR Phone Conference and the phone**

24        **conference was held on or is scheduled for** _____.

25        Not applicable.

26    ☐    **The parties have not filed a Stipulation and Proposed Order Selecting an**

27        **ADR Process and the ADR process that the parties joint request** [or a party

28        separately requests] **is** _____.

1    Not applicable.

2    **9.    Please indicate any other information regarding ADR process or deadline.**

3    **a.    Parties**

4    The United States believes this action can be resolved by the filing of a

5    Motion for Summary Judgment, and therefore assignment to an ADR process at this time would

6    not be appropriate.

7    **DISCLOSURES**

8    **10.    The parties certify that they have made the following disclosures [list**

9    **disclosures of persons, documents, damage computations and insurance agreements]:**

10    The parties agree that the initial disclosures will be made on or before the case

11    management conference or within a reasonable time thereafter.

12    **DISCOVERY**

13    **11.    The parties agree to the following discovery plan [Describe the plan e.g., any**

14    **limitation on the number, duration or subject matter for various kinds of discovery;**

15    **discovery from experts; deadlines for completing discovery]:**

16    **a.    Parties**

17    The parties seek until February 27, 2009 to engage in discovery.  The United States

18    intends to serve written discovery and take the deposition of Richard Lee, if necessary.   Because

19    FTB only recently appeared in this case, it has yet to determine if discovery will be necessary.

20    FTB reserves all rights to conduct discovery.

21    **TRIAL SCHEDULE**

22    **12.    The parties request a trial date as follows:**

23    A trial date should be scheduled in July 2009.

24    ///

25    ///

26    ///

27    ///

28    ///

Joint Case Management
Statement and [proposed] Order,
No. C 08-2595 JCS                    4

1    **13.    <u>The parties expect that the trial will last for the following number of days:</u>**

2        Two days.

3                                            Respectfully submitted,

4
                                            JOSEPH RUSSONIELLO
5                                            United States Attorney

6
    Dated: <u>*August 21, 2008*</u>    :        <u>*/s/ Cynthia Stier*</u>
7                                            CYNTHIA STIER
                                            Assistant U.S. Attorney
8
                                            Attorneys for the United States of America
9

10
                                            EDMUND G. BROWN, JR.
11                                           Attorney General of the State of California

12   Dated:  <u>*August 22, 2008*</u>   :        <u>*/s/ Karen Yiu*</u>
                                            KAREN YIU
13                                           California State Attorney General's Office

14                                           Attorney for State of CA Franchise Tax Board

15

16   Dated: <u>*August 21, 2008*</u>   :        /s/ David Porter
                                            DAVID PORTER
17                                           Wood & Porter, P.C.
                                            333 Sacramento Street
18                                           San Francisco, CA 94111

19                                           Attorney for Richard Lee

20

21                                           SILVANO B. MARCHESI
                                            Contra Costa County Counsel
22

23                                           <u>*/s/ Rebecca Jeanenne Hooley*</u>
    Dated: <u>*August 21, 2008*</u> :         REBECCA JEANENNE HOOLEY
24                                           County of Contra Costa
                                            Clerk of Board of Supervisors
25                                           651 Pine Street
                                            Martinez, CA 94553
26
                                            Attorneys for Contra Costa County Tax
27                                           Collector

28

Joint Case Management
Statement and [proposed] Order,
No. C 08-2595 JCS                          5

1

**CASE MANAGEMENT ORDER**

The Case Management Statement filed on August 22, 2008 is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.  In addition the Court orders:

Dated:_____

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE