# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

**CASE NO. C 08-02595 JCS**

**CASE NAME:** USA v. RICHARD D. LEE

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** August 28, 2008   **TIME:** 11 mins | **COURT REPORTER:** Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>Cynthia Stier | **COUNSEL FOR DEFENDANT:**<br>David Porter - Dft Lee<br>Karen Yiu - State CA Franchise Tx Bd<br>Rebecca Hooley - CCC Tax Collector |

**PROCEEDINGS:**                                                       **RULING:**

1. Initial Case Management Conference                            Held

**ORDERED AFTER HEARING:**

**NOTES:**

Dft Bank of America will need to file a Consent to Proceed before the US Magistrate Judge.

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:** 06/29/09 at 1:30 p.m., for a motions and a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |

**Motions Hearing:** 06/29/08 at 1:30 p.m.          **Pretrial Conference:**          at 1:30 p.m.

**Trial Date:**          at 8:30 a.m.  ( )Jury     ( )Court     Set for     days

cc:     Chambers; Karen
* (T) = Telephonic Appearance