# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# AMENDED CIVIL MINUTE ORDER

**CASE NO.  C 08-02595 JCS**

**CASE NAME:** USA v. RICHARD D. LEE

**MAGISTRATE JUDGE JOSEPH C. SPERO**          **COURTROOM DEPUTY**: Karen Hom

**DATE**: August 28, 2008          **TIME: 11 mins**          **COURT REPORTER**: Not Recorded

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
Cynthia Stier                               David Porter - Dft  Lee
                                            Karen Yiu - State CA Franchise Tx Bd
                                            Rebecca Hooley - CCC Tax Collector

**PROCEEDINGS:**                            **RULING:**

1. Initial Case Management Conference          Held

**ORDERED AFTER HEARING:**

**NOTES:**

Dft Bank of America will need to file a Consent to Proceed before the US Magistrate Judge.

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   06/29/09 at 1:30 p.m., for a motions and a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** 02/27/09 |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:** 06/29/08 at 1:30 p.m. | | **Pretrial Conference:**     at 1:30 p.m. |

**Trial Date:**          at 8:30 a.m.  ()Jury     ()Court     Set for     days

**cc:**     **Chambers; Karen**
* (T) = Telephonic Appearance