```
BRUCE J. QUILLIGAN (SBN 77830)
KERRY W. FRANICH (SBN 245857)
PITE DUNCAN, LLP
1820 East First Street, Suite 420
Santa Ana, CA 92705
(714) 285-2664
(714) 285-2668 facsimile
E-Mail: bquilligan@piteduncan.com
```

Attorneys for Defendant BANK OF AMERICA, N.A.
*[incorrectly sued as BANK OF AMERICA]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD D. LEE; BANK OF AMERICA; STATE OF CALIFORNIA FRANCHISE TAX BOARD; COUNTY OF CONTRA COSTA TAX COLLECTOR; and SILVIA IRMAYANTHI f/n/a SILVIA I. LEE,<br><br>Defendants. | Case No. 3:08-cv-02595-JCS<br><br>Complaint Filed: May 22, 2008<br>Trial Date: None.<br><br>**STIPULATION FOR NON-MONETARY JUDGMENT AS TO DEFENDANT BANK OF AMERICA, N.A.** |

This Stipulation for Non-Monetary Judgment is entered into by and between Plaintiff United States of America ("Plaintiff"), by and through its attorney of record, United States Attorney, and Defendant Bank of America, N.A. ("B of A"), by and through its attorney of record, Pite Duncan, LLP, as follows:

WHEREAS, B of A is the current beneficiary under a Deed of Trust dated July 24, 1998 ("Deed of Trust") which encumbers the real property commonly known as 1026 Pleasant Oaks Drive, Pleasant Hill, California, and legally described in the Deed of Trust ("Property"). The Deed of Trust is security for a Promissory Note dated July 24, 1998, in the original principal amount of $300,000.00. The Deed of Trust was recorded in the Contra Costa County Recorder's Office on July 31, 1998, as Instrument Number 98-0180329-00.

A true and correct copy of the Deed of Trust is attached hereto as **Exhibit A** and incorporated herein by reference.

WHEREAS, Plaintiff filed a Complaint on May 22, 2008, seeking to foreclose federal tax liens, and naming Bank of America as a defendant.

WHEREAS, Plaintiff does not seek a monetary judgment against B of A, nor does Plaintiff assert that its action affects B of A's Deed of Trust, nor does Plaintiff seek to extinguish B of A's Deed of Trust or lien against the Property. Plaintiff does not dispute that the Deed of Trust is a senior lien to Plaintiff's federal tax liens.

WHEREAS B of A has no knowledge or information regarding the validity of Plaintiff's federal tax liens or the causes of action set forth in Plaintiff's Complaint.

**NOW THEREFORE IT IS HEREBY STIPULATED as follows:**

1. The parties agree that the Deed of Trust is a perfected security interest in the Property, and that the security interest is senior to the claimed interest of Plaintiff.

2. The parties hereby agree that Plaintiff will not seek a judgment that its federal tax liens have priority over B of A's Deed of Trust or lien against the Property, nor will Plaintiff seek to extinguish B of A's Deed of Trust or lien against the Property.

3. B of A agrees to be bound by the judgment of the Court as to Plaintiff's right to judicial foreclosure of its federal tax liens, if any.

4. B of A will not be required to respond to any of the pleadings in this action and will not be required to appear at any hearings.

5. Plaintiff agrees not to seek an order that restricts B of A from exercising its rights and remedies under the Deed of Trust, including the right to conduct a non-judicial foreclosure under the power of sale in the Deed of Trust.

6. Plaintiff agrees not to seek a monetary judgment against B of A in this litigation or with regard to the Property, including an award of attorney's fees and costs against B of A.

///

///

7. This Stipulation shall inure to the benefit of the parties and their successors and/or assigns.

**IT IS SO STIPULATED.**

Dated: September 19, 2008     PITE DUNCAN, LLP


                              _____/s/ Bruce J. Quilligan_____
                              BRUCE J. QUILLIGAN
                              Attorneys for Defendant
                              BANK OF AMERICA, N.A.

Dated: September 26, 2008     JOSEPH P. RUSSOINIELLO
                              United States Attorney


                         By:  _____/s/ Cynthia Stier_____
                              CYNTHIA STIER
                              Assistant U.S. Attorney
                              Attorneys for Plaintiff UNITED STATES
                              OF AMERICA

Dated: October 1, 2008        EDMUND G. BROWN, JR.
                              Attorney General of the State of California


                         By:  _____/s/ Karen Yiu_____
                              KAREN YIU
                              California State Attorney General's Office
                              Attorneys for Defendant STATE OF
                              CALIFORNIA FRANCHISE TAX BOARD

Dated: October 17, 2008       SILVANO B. MARCHESI
                              Contra Costa County Counsel


                         By:  _____/s/ Rebecca Jeanenne Hooley_____
                              REBECCA JEANENNE HOOLEY
                              Deputy County Counsel
                              Attorneys for Defendant COUNTY OF CONTRA
                              COSTA TAX COLLECTOR

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: November 14, 2008 | | WOOD & PORTER, P.C. |

*/s/ David B. Porter*
DAVID B. PORTER
Attorneys for Defendant RICHARD LEE

## ORDER

The Court, having considered the Stipulation of the parties, and other good cause appearing, hereby adopts the Stipulation as the Order of the Court.

Dated: _____November 26_____, 2008

Joseph C. Spero
United States Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

-4-
STIPULATION AND ORDER FOR NON-MONETARY JUDGMENT    1663932.wpd

**United States of America v. Lee**
United States District Court, Northern District of Calif (San Francisco) Case No. 3:08-cv-02595-JCS

## DECLARATION OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 1820 E. First Street, Suite 420, Santa Ana, California 92705.

On November 25, 2008, I served the following document(s): **STIPULATION FOR NON-MONETARY JUDGMENT AS TO DEFENDANT BANK OF AMERICA, N.A.**, on the parties in this action addressed as follows:

| | |
|---|---|
| Cynthia Stier<br>Thomas Moore<br>Joseph Pascal Russoniello<br>UNITED STATES ATTORNEY'S OFFICE<br>450 Golden Gate Ave., 9th Floor<br>Box 36055<br>San Francisco, CA 94102<br>(415) 436-7017; fax (415) 436-6748<br>Email: cynthia.stier@usdoj.gov | *Attorneys for Plaintiff*<br>*United States of America* |
| David B. Porter, Esq.<br>WOOD & PORTER<br>333 Sacramento Street<br>San Francisco, CA 94111-3601<br>(415) 834-1800; fax (415) 834-1888<br>Email: porter@woodporter.com | *Attorneys for Defendant*<br>*Richard D. Lee* |
| Karen W. Yiu<br>OFFICE OF THE ATTORNEY GENERAL<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>(415) 703-5385; fax 9415) 703-5480<br>Email: karen.yiu@doj.ca.gov | *Attorneys for Defendant*<br>*State of California Franchise Tax Board* |
| Rebecca Jeanenne Hooley<br>651 Pine Street<br>Martinez, CA 94553<br>(925) 335-1854; fax (925) 646-1078<br>Email: rhool@cc.cccounty.us | *Attorneys for Defendant*<br>*Contra Costa Tax Collector* |

\_\_\_\_\_ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  X   **BY ELECTRONIC MAIL ("E-MAIL"):**: I caused the above-entitled document(s) to be electronically filed and served on November _____, 2008, on the interested parties to the action via CM/ECF e-service at http://www.cand.uscourts.gov/. A copy transmission receipt will be maintained with the original document(s) in our office.

| | | |
|---|---|---|
| 1 | \_\_\_\_ | **BY CERTIFIED MAIL:** I placed a true copy in a sealed envelope addressed as indicated above via certified mail, return receipt requested. |
| 2 | | |
| 3 | \_\_\_\_ | **BY FACSIMILE:** I personally sent to the addressee's facsimile number a true copy of the above-described document(s). I verified transmission with a confirmation printed out by the facsimile machine used. Thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above. |
| 4 | | |
| 5 | \_\_\_\_ | **BY FEDERAL EXPRESS:** I placed a true copy in a sealed Federal Express envelope addressed as indicated above. I am familiar with the firm's practice of collection and processing correspondence for Federal Express delivery and that the documents served are deposited with Federal Express this date for overnight delivery. |
| 6 | | |
| 7 | | |
| 8 | \_\_\_\_ | **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 9 | X | **FEDERAL:** I certify/declare/state under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |
| 10 | | |

Executed on November 25, 2008, at Santa Ana, California.

/s/ Barbara J. Finley
BARBARA J. FINLEY

1726735.wpd

2