1  SILVANO B. MARCHESI, SBN 42965
   County Counsel
2  REBECCA J. HOOLEY, SBN 212881
3  Deputy County Counsel
   COUNTY OF CONTRA COSTA
4  651 Pine Street, 9th Floor
   Martinez, California 94553
5  (925) 335-1800

6

7  Attorneys for Defendant
   Contra Costa County

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                    **SAN FRANCISCO DIVISION**
11

12  UNITED STATES OF AMERICA,        )  Case No.: C 08-2595 JCS
                                      )
13            Plaintiff,              )  Complaint Filed: May 22, 2008
                                      )  Trial Date: None
14       vs.                          )
                                      )
15  RICHARD D. LEE; BANK OF AMERICA;  )  **STIPULATION FOR NON-MONETARY**
16  STATE OF CALIFORNIA FRANCISE TAX  )  **JUDGMENT AS TO DEFENDANT**
    BOARD; COUNTY OF CONTRA COSTA     )  **CONTRA COSTA COUNTY TAX**
17  TAX COLLECTOR; and SILVIA         )  **COLLECTOR**
    IRMAYANTHI f/n/a SILVIA I. LEE    )
18                                    )
                                      )
19            Defendants.             )
                                      )
20

21      This Stipulation for Non-Monetary Judgment is entered into by and between Plaintiff

22  United States of America ("Plaintiff") and defendants Contra Costa County ("Contra Costa"),

23  sued as County of Contra Costa Tax Collector, the State of California Franchise Tax Board,

24  Bank of America and Richard D. Lee, by and through counsel, as follows:

25      WHEREAS, Plaintiff has petitioned this court to reduce to judgment the outstanding

26  federal income tax liabilities assessed against defendant Richard D. Lee and to foreclose its

27  tax liens against the subject real property located at 1026 Pleasant Oaks Drive, Pleasant Hill,

28

STIPULATION AND ORDER FOR NON-MONETARY JUDGMENT      C 08-2595 JCS
                                1

California, ("Property"), and described in the Official Records of the County Recorder, Contra
Costa County, as follows:

> Lot 24, as shown on the Map entitled Tract No. 4919, filed January 29, 1980,
> in Book 234 of Maps, Page 44, Contra Costa County Records.

A.P.N. 164-492-011-6

WHEREAS, the Property is located within Contra Costa County.

WHEREAS, defendant Contra Costa had no liens on the subject real property as of
September 8, 2008, but liens arising from unpaid real property taxes and assessments may
come into existence during the pendency of this litigation.

WHEREAS, California Revenue and Taxation Code section 2192.1 provides that liens
arising from real property taxes and assessments have priority over other liens and claims,
regardless of their time of creation.

WHEREAS, California Revenue and Taxation Code section 2192.2 provides that upon
the sale of any real property on which ad valorem property taxes or assessments are due, "the
proceeds from that sale shall, after the payment of necessary and incidental sales expenses, be
first applied to the amount of those ad valorem property taxes and assessments."

**NOW THE PARTIES HEREBY STIPULATE as follows:**

1.    Defendant Contra Costa's liens on the Property arising from real property taxes
and assessments due defendant Contra Costa, regardless of whether such liens are now in
existence or arise at a later date, shall be liens senior to Plaintiff's federal tax liens and any
liens or other claims of defendants Richard D. Lee, Bank of America, and State of California
Franchise Tax Board, including, but not limited to, any recognizance, deed, judgment, debt,
obligation, or other responsibility with respect to the Property.

2.    Should the subject real property be transferred or sold pursuant to any order of
this court, the United States Marshal or his representative shall retain from the proceeds of the
sale a sufficient amount to cover the expense of the sale including commissions due under 28
U.S.C. § 1921(c) and including an amount sufficient to cover the expense of any steps taken
to secure or maintain the real estate pending sale and confirmation by the Court.    The

1  remaining funds shall be applied first to any liens on the Property arising from real property

2  taxes and assessments due defendant Contra Costa.

3      3.      Contra Costa need not further plead or further participate in this matter.

4      4.      This Stipulation shall inure to the benefit of the parties and their successors

5  and/or assigns.

6

7

8  Dated: January 5, 2009                    JOSEPH RUSSONIELLO,
                                             United States Attorney
9

10                                           By: _____
11                                               CYNTHIA STIER
                                                 Assistant U.S. Attorney
12                                               Tax Division
                                                 Attorney for Plaintiff, United States of
13                                               America

14

15  Dated: October 17, 2008                   SILVANO B. MARCHESI,
                                              Contra Costa County Counsel
16

17                                            By: Rebecca J. Hooley
18                                                REBECCA J. HOOLEY
                                                  Deputy County Counsel
19                                                Attorneys for defendant, Contra Costa
                                                  County
20

21  Dated: October 6, 2008

22
                                              By: _____
23                                                KAREN YIU
24                                                California State Attorney General's Office
                                                  Attorney for Defendant, State of CA
25                                                Franchise Tax Bd.

26

27

28

STIPULATION AND ORDER FOR NON-MONETARY JUDGMENT          C 08-2595 JCS

Dated: *November 14, 2008*

By: _____
DAVID PORTER
Attorney for defendant, Richard D. Lee

Dated: *10/15/08*

PITE DUNCAN, LLP

By: _____
BRUCE J. QUILLIGAN
Attorney for Defendant,
Bank of America

## ORDER

The Court, having considered the Stipulation of the parties, and other good cause appearing, hereby adopts the Stipulation as the Order of the Court.

Dated: This  12th  day of  January, 2009  , 2008.

_____
Joseph C. Spero
United States

*Judge Joseph C. Spero*

1 | **United States of America v. Lee, et al.**
United States District Court, No. District of CA (San Francisco) Case No. 3:08-cv-02595-JCS

2

3 | ## DECLARATION OF SERVICE

4 |     I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 651

5 | Pine Street, 9th Floor, Martinez, California, 94553.

6 |     On January 12, 2009, I served the following documents(s): **STIPULATION FOR NON-MONETARY JUDGMENT AS TO DEFENDANT CONTRA COSTA COUNTY**

7 | **TAX COLLECTOR**, on the parties in this action addressed as follows:

8 | Cynthia Stier                                          *Attorneys for Plaintiff*
Thomas Moore                                      *United States of America*

9 | Joseph Pascal Russoniello
UNITED STATES ATTORNEY'S OFFICE

10 | 450 Golden Gate Ave., 9th Floor
Box 36055

11 | San Francisco, CA 94102
(415) 436-7017; fax (415) 436-6748

12 | Email: cynthia.stier@usdoj.gov

13 | David B. Porter, Esq.                              *Attorneys for Defendant*
WOOD & PORTER                                       *Richard D. Lee*

14 | 333 Sacramento Street
San Francisco, CA 94111-3601

15 | (415) 834-1800; fax (415) 834-1888
Email: porter@woodporter.com

16 |

17 | Karen W. Yiu                                        *Attorneys for Defendant*
OFFICE OF THE ATTORNEY GENERAL        *State of California Franchise Tax Board*
455 Golden Gate Ave., Suite 11000

18 | San Francisco, CA 94102-7004
(415) 703-5385; fax (415) 703-5480

19 | Email: karen.yiu@doj.ca.gov

20 | Bruce J. Quilligan                     *Attorneys for Defendant Bank of America, N.A.*
Kerry W. Franich

21 | Pite Duncan, LLP
1820 East First Street, Suite 420

22 | Santa Ana, CA 92705
(714) 285-2664; fax (714) 285-2668

23 | Email: bquilligan@piteduncan.com

24 | \_\_\_\_   **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing

25 | correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served,

26 | service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

27 |

28 |   **X**   **BY ELECTRONIC MAIL ("E-MAIL"):** I caused the above-entitled documents(s)

1     to be electronically filed and served on January 12, 2009, on the interested parties to
2     the action via CM/ECF e-service at http://www.cand.uscourts.gov/. A copy
    transmission receipt will be maintained with the original document(s) in our office.

3   _____   **BY CERTIFIED MAIL:** I placed a true copy in a sealed envelope addressed as
    indicated above via certified mail, return receipt requested.

4

5   _____   **BY FACSIMILE:** I personally sent to the addressee's facsimile number a true copy of
    the above-described document(s). I verified transmission with a confirmation printed
    out by the facsimile machine used. Thereafter, I placed a true copy in a sealed
6     envelope addressed and mailed as indicated above.

7   _____   **BY FEDERAL EXPRESS:** I placed a true copy in a sealed Federal Express envelope
    addressed as indicted above. I am familiar with the firm's practice of collection and
8     processing correspondence for Federal Express delivery and that the documents served
    are deposited with Federal express this date for overnight delivery.

9

10  _____   **STATE:** I declare under penalty of perjury under the laws of the State of California
    that the foregoing is true and correct.

11  __X__   **FEDERAL:** I certify/declare/state under penalty of perjury that the forgoing is true
    and correct, and that I am employed in the office of a member of the bar of this Court
12     as whose direction the service was made.

13     Executed on January 12, 2009, at Martinez, California.

14

15                   Donald Pfister Jr.

16

17

18

19

20

21

22

23

24

25

26   H:\RJH\United States of America v. Lee.wpd

27

28

STIPULATION FOR NON-MONETARY JUDGMENT AS TO DEFENDANT CONTRA COSTA COUNTY TAX COLLECTOR