| | |
|---|---|
| 1 | JOSEPH RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney<br>9th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7000 |
| 7 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. C 08-2595 JCS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO WITHDRAW |
| v. | ) | MOTION FOR SUMMARY |
| | ) | JUDGMENT AND REQUEST |
| | ) | TO SCHEDULE CASE |
| RICHARD D. LEE, et al., | ) | MANAGEMENT CONFERENCE |
| | ) | |
| | ) | |
| | ) | Date: July 10, 2009 |
| Defendants. | ) | Time: 1:30 |
| | ) | Place: 15th Floor, Courtroom A |

      Plaintiff, United States of America and Defendant, Richard Lee (hereinafter, "Lee"), hereby stipulate and agree, subject to the Court's approval, that the Motion for Summary Judgment filed by the United States be withdrawn without prejudice and request that the Court schedule a Case Management Conference for July 10, 2009, at 1:30 p.m. As grounds for this request, the United States and Lee submit the following:

      1.     For tax years 1992 through 2004, Lee received income from his business, AirCharter World. For tax years 1992 and 1993, Lee failed to file his federal income tax returns and the IRS assessed federal income taxes against him based on Substitutes for Returns prepared by the IRS pursuant to Section 6020(b) of the Internal Revenue Code (26 U.S.C.), which

1

authorizes the Secretary to prepare tax returns for persons required to file tax returns but who fail to do so. These tax returns reported income from AirCharter World on Lee's federal income tax returns. For tax years 1994, 1995, 1996, 1997, 2003 and 2004, Lee filed federal income tax returns reporting income from AirCharter World on his federal income tax returns filed with the IRS.

2. The United States filed this action to reduce the tax assessments to judgment and to foreclose its federal tax liens upon certain real property owed by Lee.

3. The United States moved for summary judgment against Lee. Lee opposes the government's motion for summary judgment on the grounds that the income from AirCharter World was incorrectly reported as income on his federal income tax returns. Lee contends that AirCharter World, a C corporation, was required to file its own income tax returns. Lee contends that the federal income tax returns incorrectly report the AirCharter World income on his personal federal income tax returns for all years at issue in this lawsuit.

4. Lee does not dispute that he had income from AirCharter World, only that the amount of the tax assessments, based on the Substitutes for Return and the personal income tax returns he filed, are incorrect.

5. AirCharter World has not filed federal income tax returns nor has Lee filed amended federal income tax returns to properly report his income.

6. For the reasons set forth above, the United States and Lee agree that the government's motion for summary judgment may be withdrawn without prejudice and they request that the Court schedule a status conference for July 10, 2009.

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Dated: *June 10, 2009*   :         */s/ Cynthia Stier*
                                    CYNTHIA STIER
                                    Assistant U.S. Attorney

                                    Attorneys for the United States of America

2

Dated: *June 10, 2009* :      /s/ David Porter
DAVID PORTER
Wood & Porter, P.C.
333 Sacramento Street
San Francisco, CA 94111

Attorney for Richard Lee

### ORDER

For good cause shown, the Motion for Summary Judgment filed by the United States is dismissed without prejudice and a case management conference is scheduled for July 10, 2009, at 1:30 p.m. The parties are required to file a case management statement by July 2, 2009. In addition, the Court orders:

Dated: June 11, 2009

THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE