```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
```

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD D. LEE, et al.,<br><br>    Defendants. | No. C 08-2595 JCS<br><br>**STIPULATION TO VACATE HEARING ON MOTION FOR SUMMARY JUDGMENT AND REQUEST TO SCHEDULE STATUS CONFERENCE**<br><br>Date: January 22, 2010<br>Time: 1:30 p.m.<br>Place: 15th Floor, Courtroom A |

    Plaintiff, United States of America and Defendant, Richard Lee (hereinafter, "Lee"), hereby stipulate and agree, subject to the Court's approval, that the hearing on the Motion for Summary Judgment, currently scheduled for January 22, 2010, be vacated and a status conference be scheduled in its place on January 22, 2010, at 1:30 p.m. As grounds for this request, the United States and Lee submit the following:

    1.    The United States and Defendant Richard Lee have entered into a settlement.

    2.    Richard Lee and the Franchise Tax Board have an installment agreement to pay the State tax liability. However, in order to carry out the terms of the settlement with the United States, Richard Lee must negotiate with the State of California, Franchise Tax Board, for

1

1  subordination of their tax lien.

2      3.    Counsel for Richard Lee has been in discussions with the State of California and
3  anticipates a resolution in the near future.

5                              Respectfully submitted,

7                              JOSEPH RUSSONIELLO
                              United States Attorney

9  Dated: *December 8, 2009*  :              /s/ *Cynthia Stier*
                            CYNTHIA STIER
                            Assistant U.S. Attorney

                            Attorneys for the United States of America

13  Dated: *December 8, 2009* :               /s/ David Porter
                            DAVID PORTER
                            Wood & Porter, P.C.
                            333 Sacramento Street
                            San Francisco, CA 94111

                            Attorney for Richard Lee

## **ORDER**

For good cause shown, the hearing on the Motion for Summary Judgment, currently scheduled for January 22, 2010, at 1:30 p.m. is vacated and a status conference is scheduled on January 22, 2010 at 1:30 p.m.  The parties are directed to file a case management statement by January 15, 2010.  In addition, the Court orders:

SO ORDERED this __9th__ day of __December__, 2009.

Dated:__December 9, 2009__

THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

**US v. Lee,**
**Case No. C 08-2595 JCS**
**Stip. To Vacate Hrg. on Mot.**
**for Summary Judgment and**
**Request for Status Conference**      2