| | |
|---|---|
| 1 | JOSEPH RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney<br>9th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7000 |
| 7 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>        Plaintiff,             )<br>                               )<br>    v.                         )<br>                               )<br>                               )<br>RICHARD D. LEE, et al.,        )<br>                               )<br>                               )<br>        Defendants.            )<br>_____) | No. C 08-2595 JCS<br><br>**STIPULATION TO<br>RESCHEDULE CASE<br>MANAGEMENT CONFERENCE**<br><br><br>Date: March 5, 2010<br>Time: 1:30 p.m.<br>Place: 15th Floor, Courtroom A |

Plaintiff, United States of America and Defendants, Richard Lee (hereinafter, "Lee"), and the State of California Franchise Tax Board, hereby stipulate and agree, subject to the Court's approval, that the case management conference, currently scheduled for February 26, 2010, be rescheduled to March 5, 2010, at 1:30 p.m.

                                                                                   Respectfully submitted,

                                                                                     JOSEPH RUSSONIELLO<br>
                                                                                      United States Attorney

Dated: *February 22, 2010* :              */s/ Cynthia Stier*
                                                                            CYNTHIA STIER
                                                                            Assistant U.S. Attorney

                                                                            Attorneys for the United States of America

Dated: *February 22, 2010* :      /s/ David Porter
DAVID PORTER
Wood & Porter, P.C.
333 Sacramento Street
San Francisco, CA 94111

Attorney for Richard Lee

Dated: *February 22, 2010* :      /s/
KAREN YIU
California State Attorney General's Office

Attorney for State of CA Franchise Tax Board

## ORDER

Pursuant to the stipulation of the parties, the case management conference, currently scheduled for February 26, 2010, be rescheduled to March 5, 2010, at 1:30 p.m. In addition, the Court orders:

SO ORDERED this 22nd day of February, 2010.

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

US v. Lee, Case No. 08-2595-JCS
Case No. C 08-2595 JCS
Stip. To Reschedule Case Mgmt
Conf. and [proposed] Order      2