

# PITE DUNCAN LLP

Direct Dial: (714) 285-2635
Email: emoeder@piteduncan.com

October 20, 2010

Steven W. Pite *CA/NV/WA*
John D. Duncan *CA/TX/WA*
Peter J. Salmon *CA/ID/UT/WA*
David E. McAllister *AZ/CA/HI/OR/UT/WA*

Rochelle L. Stanford *AZ/CA/OR/WA*
Josephine E. Salmon *AK/AZ/CA/NY*
Laurel I. Handley *AZ/CA/ID/NV*
Daniel R. Gamez *CA/TX*
Eddie R. Jimenez *CA/NV/TX*
Susan L. Pettit *AK/CA/WA*
Douglas A. Toleno *AZ/CA*
Cuong M. Nguyen *CA/NV*
Casper J. Rankin *CA/OR*
Charles A. Correia *CA*
Melodie A. Whitson *CA/WA*
Brian A. Paino *AZ/CA/TX/VA*
Christopher McDermott *CA*
Jillian A. Benbow *CA*
Thomas N. Abbott *CA*
Drew A. Callahan *CA*
Natalie T. Nguyen *CA*
Genail M. Anderson *CA*
Ellen Cha *CA/MN*
Erin L. Laney *CA*
John B. Acierno *CA*
William L. Partridge *CA*
Christopher L. Peterson *CA*
Jason W. Short *CA*
Jason L. Eliaser *CA*
Joseph C. Delmotte *CA*
Gabriel Ozel *CA/NV/TX*
Balpreet K. Thiara *CA*
Stefanie A. Schiff *CA*
Anne W. Hamann *CA*
Paul Oudom *CA*
Hieu T. Pham *CA*
Travis J. Lillie *CA*
Carla M. Stalcup *CA*
Elana J. Moeder *CA*
Bryan T. Brown *CO/TX*
Eric J. Testan *CA*
Catherine T. Vinh *CA*
David M. Liu *CA*
Christina M. Harper *AZ*
Kyle J. Shelton *AZ*
Gregg A. Hubley *NV*
Ace C. Van Patten *ID/NV*
Christina S. Bhirud *NV*
Beau Bennett *CA/NV*
Allison R. Schmidt *NV*
Christopher A. J. Swift *CA/NV*
David C. Welling *NV*
Eric A. Marshack *OR/WA*
Tracy D. Fink *TX*
Claire A. Mock *CA/TX*
Spencer Macdonald *UT*
Jesse Baker *OR/WA*
Shannon L. Kingston *WA*
Adele Vigil Karoum *NY*
David J. Boulanger *OR*
Carrie Thompson Jones *AZ*
Chad L. Butler *CA*
Alexis M. Bornhoft *CA/NV*
Rachel A. DaPena *AZ/CA*
Gilbert R. Yabes *CA*
Alison C. Lienau *AZ/CA*
Matthew M. McArthur *NV*

*Mailing*
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
*Overnight*
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Ph.: (858) 750-7600
Fax: (619) 590-1385

*Via Electronic Filing*

Magistrate Judge Joseph C. Spero
U. S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3483

*Attention*: Karen Hom, Clerk

Re: ***United States of America v. Lee***
USDC, Northern District of California Case No. 3:08-cv-02595-JCS
Our Client : Defendant Bank of America, N.A.
Our File No. : 000003-004100

Dear Ms. Hom:

Thank you for speaking with my paralegal, Barbara Finley, regarding our request to telephonically appear at the upcoming Status Conference in this matter. Although Bank of America, N.A. is not required to appear pursuant to the Stipulation for Non-Monetary Judgment approved by the Court on November 26, 2008, we are requesting authority to telephonically appear now that our client has non-judicially foreclosed on the subject property, in order to ascertain how the United States intends to proceed on its judicial foreclosure cause of action.

The following is the information you requested in order to process this request:

| | | |
|---|---|---|
| Hearing Date | : | October 22, 2010 (Friday) |
| Time | : | 1:30 p.m. |
| Our Client | : | Defendant Bank of America, N.A. |
| Appearing Attorney | : | Elana J. Moeder (SBN 252909) |
| Contact Telephone | : | (714) 285-2635 |

Pursuant to your instructions, I will be on standby at 1:30 p.m. on October 22, 2010, awaiting your telephone call.

Thank you for agreeing to allow our client to telephonically appear at this hearing.

Very truly yours,

Dated: 10/21/10

PITE DUNCAN, LLP

*Elana J. Moeder*
Elana J. Moeder

IT IS SO ORDERED
Judge Joseph C. Spero

cc via ECF: David Bujannoff Porter, Jr., Esq.      Rebecca Jeanenne Hooley, Esq.
Karen W. Yiu, Esq.                                  Thomas Moore, Esq.
Joseph P. Russoniello, Esq.                         Cynthia Lewis Stier, Esq.

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
*See above or visit www.piteduncan.com re individual attorney admissions.*